**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7775
(7:15-cv-00432-GEC-RSB)

_____

JAMES CLAUDE GREER, II

    Petitioner - Appellant

v.

DIRECTOR, VADOC

    Respondent - Appellee

_____

O R D E R
_____

The court grants the petition for rehearing.

                      For the Court

                      /s/ Patricia S. Connor, Clerk