CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 26 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES CLAUDE GREER II, ) | |
|     Petitioner, ) | Case No. 7:15CV00432 |
| ) | |
| v. ) | ORDER |
| ) | |
| DIRECTOR, VADOC, ) | By: Glen E. Conrad |
|     Respondent. ) | Chief United States District Judge |
| ) | |

On September 30, 2015, the court dismissed inmate James Claude Greer II's petition for a writ of habeas corpus under 28 U.S.C. § 2254, and Greer filed a notice of appeal. The United States Court of Appeals for the Fourth Circuit remanded the case for determination of when Greer mailed the notice of appeal to this court. Accordingly, it is hereby

**ORDERED**

that Greer is **DIRECTED** to submit to this court within 14 days his notarized affidavit or his declaration signed under penalty of perjury, with supporting documentation (if possible), stating when he deposited his notice of appeal in the prison's outgoing mail system *with proper postage attached for mailing **to this court**.*[1] Failure to comply with this order may result in the court's finding that the notice of appeal was not timely filed.

The clerk will send a copy of this order to the parties.

**ENTER:** This 26th day of May, 2016

/s/ Glen E. Conrad
Chief United States District Judge

---

[1] Greer's affidavit and attachment submitted in response to the court's prior order on this issue do not expressly state when he mailed the notice of appeal *to this court*. His notice of appeal itself states that he mailed it to the Office of the Attorney General.